FILED
IN CLERKS OFFICE

2016 MAR 4  PM 12 16

U.S. DIST. COURT
DISTRICT OF MASS.

March 1, 2016

Clerk of Court
United States District Court
District of Massachusetts
One Courthouse Way
Boston Massachusetts 02210

Re: Resignation of James W. Oliver

To Whom it May Concern:

    I am writing to you in connection with a reciprocal disbarment proceeding which took place in the Supreme Judicial Court for the Commonwealth of Massachusetts which is entitled In re: James W. Oliver, Docket No.: BD-2014-103.

    Please be advised that on February 12, 2016, I entered into a stipulation with Assistant Bar Counsel for the suspension of my license for a period of three (3) years. Please find enclosed a copy of the executed stipulation.

    The purpose of this letter is to inform you that I am resigning as an attorney and counselor for the District of Massachusetts effective March 1, 2016.

    If you have any questions or if I need to sign any paper work please contact me at my home address of 6 Sagamore Drive Simsbury, Ct 06070 or by my cell phone which is (860) 593-1507.

Very Truly Yours,

*James W. Oliver*

James W. Oliver

COMMONWEALTH OF MASSACHUSETTS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY

SUFFOLK, SS.                                                NO. BD-2014-103

IN RE: JAMES W. OLIVER

### WAIVER AND ASSENT

Bar counsel and the respondent, James W. Oliver, hereby waive hearing and assent to the entry of an order on bar counsel's petition for reciprocal discipline that the respondent be suspended from the practice of law in the Commonwealth of Massachusetts for three years from the date of entry of this order.

| | |
|---|---|
| JAMES W. OLIVER<br>RESPONDENT<br>*[signature]*<br>James W. Oliver<br>BBO# 553551<br>6 Sagamore Drive<br>Simsbury, CT 06070<br>860-651-1765<br><br>Date: 2/9/2016 | CONSTANCE V. VECCHIONE<br>BAR COUNSEL<br><br>By *[signature]*<br>Dorothy Anderson<br>First Assistant Bar Counsel<br>Office of the Bar Counsel<br>99 High Street<br>Boston, MA 02110<br>617-728-8742<br><br>Date: 2/-/16 |