# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE:  **JAMES W. OLIVER**   )   MISC. BUSINESS DOCKET
                              )   No: 16-mc-91104-PBS

## ORDER OF TERM SUSPENSION AND RESIGNATION

WHEREAS, on February 15, 2016, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Term Suspension with respect to Attorney **JAMES W. OLIVER.**

1. WHEREAS, pursuant to Local Rule 83.6.9, on April 11, 2016, a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **JAMES W. OLIVER;**

2. WHEREAS, on April 21, 2016, the certified mail package was signed for and delivered;

3. WHEREAS, **JAMES W. OLIVER** has failed to object or otherwise respond within twenty-eight days.

4. WHEREAS, **JAMES W. OLIVER** has notified the Court that he is resigning as an attorney for the District of Massachusetts effective March 1, 2016.

WHEREFORE, pursuant to Local Rule 83.6.9(c), this Court hereby imposes the identical discipline, and **JAMES W. OLIVER** is hereby Suspended from the practice of law for a period of (3) three years before this Court and has resigned as an attorney from this Court. His name has been dropped from the Roll of Attorneys.

_____2/19/16_____                    _____/s/ Patti B. Saris_____
Date                                  Patti B. Saris, Chief Judge